UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DERRON JACKSON,            )
                           )
    Plaintiff,             )
                           )
v.                         )
                           )   6:12-cv-118
LARRY BREWTON,             )
                           )
    Defendant.             )
                           )
                           )

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with Magistrate Judge's Report and Recommendation, to which objections have been filed. The Report and Recommendation therefore is **ADOPTED** as the opinion of the Court.

The 2⁷ day of August, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA