UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DERRON JACKSON,

    Plaintiff,

v.

    6:12-cv-118

LARRY BREWTON,

    Defendant.

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with Magistrate Judge's Report and Recommendation, to which objections have been filed. The Report and Recommendation therefore is *ADOPTED* as the opinion of the Court.

The 27 day of August, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA